IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:12-MJ-89-DSC |
| | ) | |
| v. | ) | |
| | ) | |
| NAKIA MONICA BROWN | ) | |
| TRINA MONIQUE YOUNG | ) | |
| TIFFANY SHERISE YOUNG | ) | ORDER UNSEALING COMPLAINT |

THIS MATTER came before the Court upon a Motion of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Clerk of Court unseal the Complaint, Complaint Affidavit and Arrest Warrants, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the Complaint, Complaint Affidavit and Arrest Warrants in this case.

**SO ORDERED**.

Signed: April 16, 2012

_____
David S. Cayer
United States Magistrate Judge